■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN LIBERATORE, Appellant. (Appeal No. 2.)—Upon remittitur from the Court of Appeals [79 NY2d 208], judgment unanimously affirmed. Same Memorandum as in *People v Liberatore* ([appeal No. 1] 182 AD2d 1062 [decided herewith]). (Appeal from Judgment of Ontario County Court, Reed, J.— Criminal Sale Controlled Substance, 3rd Degree.) Present— Callahan, J. P., Green, Balio and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN LIBERATORE, Appellant. (Appeal No. 3.)—Upon remittitur from the Court of Appeals [79 NY2d 208], judgment unanimously affirmed. Same Memorandum as in *People v Liberatore* ([appeal No. 1] 182 AD2d 1062 [decided herewith]). (Appeal from Judgment of Ontario County Court, Reed, J.— Criminal Possession Stolen Property, 1st Degree.) Present— Callahan, J. P., Green, Balio and Davis, JJ.